# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Laura Ann Williams-Rankin**                    **Docket No. 7:10-M-1236-1**

### Petition for Action on Probation

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Laura Ann Williams-Rankin, who, upon an earlier plea of guilty to Possession of Marijuana in violation of 21 U.S.C.§ 844, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 10, 2011, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.   The defendant must participate in a drug education program or treatment program, or both, if ordered to do so by the supervising probation officer.

2.   The defendant must undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.

Following sentencing, the case was immediately transferred to the District of Maryland.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The supervising probation officer in the District of Maryland reports the defendant is in compliance with the terms of probation, but required mental health services. It is recommended the conditions be modified by the addition of a mental health treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.   The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

 /s/ Chip Williams
Chip Williams
U.S. Probation Officer
Executed On:  March 24, 2011

Laura Ann Williams-Rankin
Docket No. 7:10-M-1236-1
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this _24th_ day of _March_____, 2011, and ordered filed and made a part of the records in the above case.

_____

Robert B. Jones, Jr.
U.S. Magistrate Judge